Benjamin SMITH, Petitioner–
Appellant,

v.

Lisa J. HOLLINGSWORTH; J.D.
Whitehead, Respondents–
Appellees.

No. 09–8039.

United States Court of Appeals,
Fourth Circuit.

Submitted July 22, 2010.

Decided Aug. 18, 2010.

Benjamin Smith, Appellant Pro Se. Alex Gordon, Assistant United States Attorney, Baltimore, Maryland, for Appellees.

Before KING and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin Smith, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Smith v. Hollingsworth,* No. 1:08–cv–03166–RDB (D.Md. Sept. 17, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*